1

2

3

4

5

6

7                    **UNITED STATES DISTRICT COURT**

8                    **CENTRAL DISTRICT OF CALIFORNIA**

9

10

11

MOHAMMAD HASAN ALSYOUF,        )   NO. EDCV 09-1828 SS
12                             )
                Plaintiff,     )
13                             )        **JUDGMENT**
          v.                   )
14                             )
MICHAEL J. ASTRUE,             )
15 Commissioner of the Social  )
Security Administration,       )
16                             )
                Defendant.     )
17 _____)

18

19

20     IT IS ADJUDGED that the decision of the Commissioner is REVERSED
and that the above-captioned action is REMANDED for further proceedings
21 consistent with the Court's Memorandum Order and Decision.

22

23

DATED: January 21, 2011.
24

25                              _____/S/_____
                                SUZANNE H. SEGAL
26                              UNITED STATES MAGISTRATE JUDGE

27

28